290 So.2d 213

**In re Jackie Howard MORROW**

**v.**

**STATE.**

**Ex parte Jackie Howard Morrow.**

**SC 553.**

Supreme Court of Alabama.

Feb. 14, 1974.

Robert C. Barnett, Birmingham, for petitioner.

No brief for respondent, the State. HEFLIN, Chief Justice.

Petition of Jackie Howard Morrow for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Morrow v. State, 52 Ala.App. 145, 290 So.2d 209.

Writ denied.

MERRILL, HARWOOD, MADDOX and FAULKNER, JJ., concur.

299 So.2d 319

**In re B. F. MOSELEY**

**v.**

**STATE.**

**Ex parte B. F. Moseley.**

**SC 929.**

Supreme Court of Alabama.

Aug. 15, 1974.

Thomas M. Haas, Mobile, for petitioner.

No brief for the State.

MERRILL, Justice.

Petition of B. F. Moseley for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Moseley v. State, 53 Ala.App. 272, 299 So.2d 317.

Writ denied.

HARWOOD, MADDOX, McCALL and FAULKNER, JJ., concur.